# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No.:    20MJ5332 |
| | COMPLAINT FOR VIOLATION OF: |
| UNITED STATES OF AMERICA, | 18 U.S.C. § 922(g)(1) – |
| v. | Felon in Possession of Ammunition; |
| ERICK GOMEZ MENDEZ, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about December 8, 2020, within the Southern District of California, defendant ERICK GOMEZ MENDEZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 15 rounds of Winchester 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

*Mithin Neth*
_____
Mithin Neth
HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __10__ day of December, 2020.

*Jill Burkhardt*
_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about December 8, 2020, at approximately 2:30 P.M., a Customs and Border Protection, Border Patrol ("BP") Agent noticed two vehicles that appeared to be changing lanes in tandem with one another, both headed southbound on Interstate 15 ("I-15") near Old Highway 395, a corridor frequently utilized by drug and bulk cash smugglers. A common tactic utilized by traffickers is to have one vehicle distract law enforcement's attention from the other vehicle, which contains controlled substances or illicit proceeds. The vehicles were both traveling at approximately 75 miles per hour along a roadway with a maximum speed limit of 70 miles per hour.

The BP Agent noticed one of the vehicles, a Volkswagen sedan, bearing California license plate 7LEL214, was trailing a vehicle without any front or back license plates, slow down and fail to pass the marked Border Patrol unit for approximately two miles.  The BP Agent proceeded to lower his speed of travel to approximately 60 miles per hour in order to observe the occupants in the vehicle, including their demeanor and body language.  As the vehicle proceeded to accelerate past the marked BP unit, the Agent observed the male driver of the vehicle gripping the steering wheel extremely tightly and sitting in a rigid, stiff position, all the while appearing to be unnaturally fixated on the highway in front of him. The vehicle ultimately passed the marked unit, accelerating up to a speed of approximately 80 miles per hour in the number one lane, creating distance between him and the marked Border Patrol unit.

Utilizing his laptop mounted computer, the BP Agent conducted an agency database query of the sedan bearing California license plate 7LEL214.  The records check revealed the sedan had crossed into the United States from Mexico at the San Ysidro Port of Entry

2

("POE") at approximately 9:29 A.M., on December 8, 2020.  The Agent also noticed the vehicle had numerous other crossings with unusually quick turnaround times between the United States and Mexico.  Based on training and experience, drug traffickers will typically cross into the United States from Mexico and head back south within hours after dropping off drugs and/or picking up illicit proceeds.  The query further revealed the vehicle had a salvage title and was recently sold, which was another known indicator of potential trafficking activity, especially when combined with the other behavior described above.

The BP Agent continued to observe and monitor the vehicle. As it continued southbound on I-15 near Gopher Canyon, he noticed the vehicle began to swerve in its lane and cross over the white lane line several times.  Based on training and experience, this erratic driving is indicative of the driver attempting to identify the whereabouts of the marked unit through their rear and side view windows. More importantly, the erratic driving created a dangerous environment for other drivers on the road, at which point, the BP Agent initiated his lights in order to perform a vehicle stop just past Center City Parkway near Escondido, California.  The vehicle continued on a little further on I-15 South, until reaching El Norte Parkway, where it exited and pulled into a convenience store parking lot.

The BP Agent approached the vehicle from the passenger side window and immediately smelled the odor of marijuana emanating from the vehicle.  The BP Agent identified himself as a United States Border Patrol Agent to the two occupants, at which point the BP Agent asked the driver for his identification and registration.  During this encounter, the BP Agent noticed the driver's hand was shaking uncontrollably when he was handing him the paperwork.  The BP Agent then asked the driver to step out of his vehicle to continue talking with him. The driver stepped out and proceeded to walk towards the BP marked unit to continue their conversation.

After a quick conversation with driver, the BP Agent approached the passenger side window again where Erick GOMEZ Mendez ("GOMEZ Mendez") was sitting to initiate conversation with him.  Shortly after speaking with GOMEZ Mendez, the BP Agent observed in plain sight what appeared to be the handle of a firearm sticking out from the

bottom of the passenger seat. The BP Agent asked GOMEZ Mendez to step out of the vehicle, which he did. When asked who the owner of the pistol was, GOMEZ Mendez told the BP Agent the pistol belonged to him and admitted he did not have a permit for it. Subsequent record checks revealed GOMEZ Mendez was an undocumented alien with no legal right to enter or remain in the United States and who had a prior federal drug trafficking conviction. He later confirmed he had been previously deported and subsequently re-entered the United States illegally.

After both the driver and GOMEZ Mendez were out of the vehicle, the BP Agent utilized his certified service canine partner to conduct an exterior sweep of the vehicle. The service canine alerted to the front and rear passenger side door areas. A search of the vehicle revealed a privately made semi-automatic 9 millimeter pistol with no serial number along with a plastic bag containing marijuana. BP Agents removed a 10-round capacity magazine from the firearm and found it to be loaded with four rounds of 9mm ammunition. Additionally, the agent located 11 rounds of Winchester 9mm ammunition.

Post Miranda, GOMEZ Mendez stated he purchased the semi-automatic pistol two days prior to his arrest for $500.00 from a friend in National City, California. Additionally, GOMEZ Mendez told investigators the pistol was pre-loaded when he first purchased it from his friend, with an unknown amount of ammunition already loaded inside the magazine along with extra loose ammunition, which he placed inside a personal bag affixed around his waist (e.g. "Fanny pack").

Preliminary records checks revealed the following criminal history below, though it is possible there may be additional relevant history located after further queries are conducted:

//

//

//

//

//

4

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 09/02/2014 | Southern District California | 21 USC 952 and 960 Importation of Meth (Felony) | 21 months Prison 3 Years supervised release |

Analysis of the seized ammunition revealed that none of the rounds were manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.