# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-618-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ERICK GOMEZ MENDEZ, | |
| Defendant | |
| | Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for April 2, 2021, be continued to May 7, 2021, at 1:30PM. For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: March 31, 2021

Hon. Janis L. Sammartino
United States District Judge