UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21-CR-618-JLS |
| Plaintiff, | HON. JANIS L. SAMMARTINO |
| v. | |
| ERICK GOMEZ MENDEZ, | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant | |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from August 20, 2021 at 1:30 p.m. until September 17, 2021 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  August 18, 2021

Hon. Janis L. Sammartino
United States District Judge